IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHARLES FRANKLIN HYDE,<br><br>    Plaintiff,<br><br>    v.<br><br>BOWMAN, SHAWN FIELDS; SAVANNAH MEMORIAL HOSPITAL; SOUTHEASTERN DISTRICT DRUG TASK FORCE; and UNKNOWN DRUG TASK FORCE OFFICERS,<br><br>    Defendants. | CIVIL ACTION NO.: 4:19-cv-91 |

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's May 20, 2021, Report and Recommendation, (doc. 30), to which plaintiff has not filed an objection. For the reasons discussed by the Magistrate Judge, the Court **ADOPTS** the Report and Recommendation as its opinion. Savannah Memorial Hospital and the Southeastern Drug Task Force are **DISMISSED** from this case.

**SO ORDERED**, this 29th day of June, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA